Filing # 73454944 E-Filed 06/12/2018 04:01:24 PM

IN THE THIRTEENTH JUDICIAL CIRCUIT COURT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

BRENDA ABNEY,

    Plaintiff,

vs.

                                            Case No.
                                            Section

TOWER HILL PRIME
INSURANCE COMPANY

    Defendant.
_____/

## COMPLAINT

The Plaintiff, BRENDA ABNEY, by and through the undersigned attorney, hereby sues the Defendant, TOWER HILL PRIME INSURANCE COMPANY, and alleges:

    1.    This is an action for damages in excess of $15,000.00, exclusive of interest, court costs, and attorney's fees.

    2.    Plaintiff, BRENDA ABNEY, is and was at all times material hereto an individual residing in Hillsborough County, Florida.

    3.    Defendant, TOWER HILL PRIME INSURANCE COMPANY, is a Florida insurance company authorized to do business in the State of Florida and doing business in Hillsborough County, Florida.

    4.    At all times material hereto, the Plaintiff was and is the owner of real property known as 4515 Hill Drive, Valrico in Hillsborough County, Florida.

    5.    At all times material hereto, Plaintiff and the Defendant, TOWER HILL PRIME INSURANCE COMPANY, were parties to a policy of homeowners insurance, Policy No. 8702634946 from the Defendant in which the Plaintiff, BRENDA ABNEY, was a named insured under the policy. The insurance policy is not attached because the Defendant has not produced it despite requests to do so.

6. All premiums on said policy have been paid, and said policy has remained in full force and effect at all times material to this action.

7. On or about September 10, 2017, the Plaintiff discovered damage to the insured house due to a flood within the home causing water damage within the home and overflow within the home.

8. The damage to the Plaintiff's house is caused by a covered peril under the policy.

9. The damage to BRENDA ABNEY's house is caused by a covered peril under the policy, and the insurance company failed to tender the full amount of damages.

10. The Plaintiff has made application for insurance benefits under the policy, but the Defendant/Insurer, TOWER HILL PRIME INSURANCE COMPANY, has failed and refuses to pay said benefits the Plaintiff is entitled to for the loss.

11. The Plaintiff, BRENDA ABNEY, has retained the undersigned counsel and has agreed to pay him a reasonable fee for his services. In the event that the Plaintiff prevails, the Plaintiff is entitled to the recovery of all costs, including a reasonable attorney's fee pursuant to Section 627.428, Florida Statutes (2017).

12. All conditions precedent to bringing this action have been performed, have occurred, or have been waived.

13. At all times material to this action the Plaintiff, BRENDA ABNEY, has complied with all of its obligations in connection with the policy of insurance issued by the Defendant, TOWER HILL PRIME INSURANCE COMPANY, at the time and in the manner agreed to by the parties.

14. The Defendant, TOWER HILL PRIME INSURANCE COMPANY, has failed and refused and continues to fail and refuse to honor the parties' agreement on its part to be performed. Specifically Defendant, TOWER HILL PRIME INSURANCE COMPANY, has failed to produce payment or otherwise satisfy the Plaintiff's claim at the time and in the manner

agreed by the parties in accordance with the policy of insurance and Florida Statutes, and has otherwise failed to properly investigate/estimate/evaluate the Plaintiff's damages to her home.

15. As a result of the foregoing breach of contract by the Defendant, TOWER HILL PRIME INSURANCE COMPANY, the Plaintiff, BRENDA ABNEY, has been damaged.

**WHEREFORE,** the Plaintiff, BRENDA ABNEY, prays that this court take jurisdiction of the parties in this cause and enter its judgment against Defendant, TOWER HILL PRIME INSURANCE COMPANY, and in favor of the Plaintiff, prejudgment interest on the principal amount from September 10, 2017, costs, any reasonable attorney's fees, a trial by jury, together with such other and further relieves the court may deem necessary and appropriate in the premises.

GREGORY P. ABARAY, ESQUIRE
Law Offices of Allen & Abaray, P.A.
5835 U.S. Hwy 98, South
Lakeland, Florida 33812
T: 863-669-9999/F: 863-669-0699
Florida Bar # 0093017
Attorney for Plaintiff
Primary Email: greg@allenandabaray.com
Secondary Email: civilfiling@allenandabaray.com

3